UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BROWNLEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-0399 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 14) |

On October 21, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have an extension of 39 days to file a motion for summary judgment. (Doc. 14.) Plaintiff's counsel reports the extension is necessary due to an increased workload, as well as a "pre-planned vacation for the Thanksgiving holiday." (*Id.* at 1-2.) Notably, this is the first request for an extension and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 14) is **GRANTED**; and

2. Plaintiff **SHALL** file a motion for summary judgment no later than **December 10, 2021**.

IT IS SO ORDERED.

Dated:　**October 22, 2021**　　　　　　　**_/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE